FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 20  AM 9:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICARDO M. MADINA | CIVIL ACTION |
| VERSUS | NO. 05-2126 |
| BURL CAIN, ET AL. | SECTION "N" (5) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the April 10, 2006 Report and Recommendation of the United States Magistrate Judge [Rec. Doc. No. 10], and the objections to the Report and Recommendation filed by Petitioner on April 28, 2006 [Rec. Doc. No. 11], hereby approves the Magistrate Judge's Report and Recommendations and adopts it as the Court's opinion. *State of Louisiana v. Wheeler*, 675 So. 2d 836 (La. App. 4 Cir. 5/29/96), on which Petitioner relies, is distinguishable. There, sentence never was imposed on remand. Here, as the state courts and the Magistrate Judge concluded, it was.

Accordingly, **IT IS ORDERED** that Ricardo M. Madina's petition for issuance of a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254 is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 20th day September 2006.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process.____
_X_ Dktd____
___ CtRmDep.____
___ Doc. No.____